## WARD v HOME SAVINGS & LOAN CO et

Ohio Appeals, 9th Dist, Summit Co

Decided March 16, 1931

For full opinion see 177 NE 845; 39 Oh Ap 393 (Oh Bar 11-17-31).

## STATE ex APPLEMAN v CONLEY

Ohio Supreme Court

No. 23024.   Decided Oct 21, 1931

For full opinion see 178 NE 207; 124 Oh St 265 (Oh Bar 11-24-31).

## STATE ex DIEHL v COLWELL

Ohio Supreme Court

No. 22743.   Decided Nov 4, 1931

For full opinion see 124 Oh St 329 (Oh Bar 12-8-31).